# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135289(34)

EDWARD GUOAN, #246473

      Plaintiff-Appellant,

                        SC: 135289

v                             CoA: 277823

DEPARTMENT OF CORRECTIONS

      Defendant-Appellee.

_____

      On order of the Chief Justice, the motion for reconsideration of the order of November 20, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk